[*Notes of cases inserted out of their order in point of date.*]

## ESHER, ADMIN. v. FULMER, ADMIN., &c.

### September 12, 1840.

Administrator *de bonis non*, &c. of A. B., deceased, brought suit against the administrator of the deceased executor of the last will, &c. of said A. B., for a balance appearing to be due to the estate of said A. B., upon an account filed in the Register's office by said defendant, as administrator aforesaid, and duly confirmed *prior* to the institution of the suit: *Held*, that the proviso of the 31st section of the act of 25th February, 1834, relating to executors and administrators (*Stroud's Purd. tit. Executors and Administrators*), applies only to the case of an account filed and settled *pending* the action.